IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jimenez, Juan C | Case Number: 07 B 21526 |
|---|---|---|
| | Jimenez, Susana | Judge: Hollis, Pamela S |
| | Printed: 01/22/09 | Filed: 11/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion:  November 24, 2008
Confirmed:   March 10, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,750.00 | |
| Secured: | | 6,592.30 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 664.98 |
| Trustee Fee: | | 492.72 |
| Other Funds: | | 0.00 |
| Totals: | 7,750.00 | 7,750.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | James M Philbrick | Administrative | 650.00 | 650.00 |
| 2. | Lorraine Greenberg & Assoc LLC | Administrative | 2,000.00 | 14.98 |
| 3. | Home Loan Services | Secured | 0.00 | 0.00 |
| 4. | 1M, Inc | Secured | 0.00 | 0.00 |
| 5. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 6. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 7. | GMAC Auto Financing | Secured | 25,128.48 | 3,950.00 |
| 8. | City Of Chicago | Secured | 147.66 | 75.01 |
| 9. | 1M, Inc | Secured | 7,959.45 | 725.10 |
| 10. | Home Loan Services | Secured | 20,222.17 | 1,842.19 |
| 11. | Peoples Energy Corp | Unsecured | 135.38 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 23.52 | 0.00 |
| 13. | Capital One | Unsecured | 111.21 | 0.00 |
| 14. | GMAC Auto Financing | Unsecured | 216.83 | 0.00 |
| 15. | Commonwealth Edison | Unsecured | 49.42 | 0.00 |
| 16. | Illinois Student Assistance Commission | Unsecured | 3,720.88 | 0.00 |
| 17. | Yellow Book | Unsecured | 419.30 | 0.00 |
| 18. | City Of Chicago Dept Of Revenue | Unsecured | 75.00 | 0.00 |
| 19. | Ford Motor Credit Corporation | Secured | | No Claim Filed |
| 20. | American Express | Unsecured | | No Claim Filed |
| 21. | Acoustic Home Loans | Unsecured | | No Claim Filed |
| 22. | Blue Island Radiology Consult | Unsecured | | No Claim Filed |
| 23. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 24. | City Of Chicago | Unsecured | | No Claim Filed |
| 25. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 26. | Harris & Harris | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jimenez, Juan C | Case Number: 07 B 21526 |
|---|---|---|
| | Jimenez, Susana | Judge: Hollis, Pamela S |
| | Printed: 01/22/09 | Filed: 11/15/07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Credit Protection Association | Unsecured | | No Claim Filed |
| 28. | Comcast | Unsecured | | No Claim Filed |
| 29. | Credit Protection Association | Unsecured | | No Claim Filed |
| 30. | First Data Corp | Unsecured | | No Claim Filed |
| 31. | Chase | Unsecured | | No Claim Filed |
| 32. | First Premier | Unsecured | | No Claim Filed |
| 33. | Dish Network | Unsecured | | No Claim Filed |
| 34. | Ford Motor Credit Corporation | Unsecured | | No Claim Filed |
| 35. | AT&T Wireless | Unsecured | | No Claim Filed |
| 36. | Harris & Harris | Unsecured | | No Claim Filed |
| 37. | Pentagroup Financial, LLC | Unsecured | | No Claim Filed |
| 38. | Gregory Emergency Physicians | Unsecured | | No Claim Filed |
| 39. | AFNI | Unsecured | | No Claim Filed |
| 40. | Medical Collections | Unsecured | | No Claim Filed |
| 41. | Home Depot | Unsecured | | No Claim Filed |
| 42. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 43. | R H Donnelly Publishing | Unsecured | | No Claim Filed |
| 44. | US Bank | Unsecured | | No Claim Filed |
| 45. | St Francis Hospital | Unsecured | | No Claim Filed |
| 46. | Mid America Bank | Unsecured | | No Claim Filed |
| | | | $ 60,859.30 | $ 7,257.28 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 54.23 |
| 6.5% | 437.43 |
| 6.6% | 1.06 |
| | $ 492.72 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

